1 DANIEL J. BRODERICK, #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
OCTAVIO SANCHEZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-08-0018 EJG |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) |
| OCTAVIO SANCHEZ-PEREZ, | ) |
| Defendant. | ) Date: February 8, 2008<br>) Time: 10:00 a.m.<br>) Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Octavio Sanchez-Perez, through their respective attorneys, that the status conference presently scheduled for February 8, 2008 may be continued to February 22, 2008, at 10:00 a.m.

   Defense counsel seeks additional time to complete and review the Pre-Plea Presentence Investigation Report, and to continue discussions with counsel for the government toward possible resolution of the case. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through February 22, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
Federal Defender

Dated:   February 6, 2008          /s/ T. Zindel
                                            TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for
OCTAVIO SANCHEZ-PEREZ


                                            McGREGOR SCOTT
United States Attorney

Dated:   February 6, 2008          /s/ T. Zindel for K. Reardon
                                            KYLE REARDON
Assistant U.S. Attorney

## O R D E R

The status conference is continued to February 22, 2008, at 10:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   February 7, 2008          /s/ Edward J.Garcia
                                            HON. EDWARD J. GARCIA
United States District Judge