DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OCTAVIO SANCHEZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OCTAVIO SANCHEZ-PEREZ,<br><br>　　　　　Defendant.<br>_____ | No. Cr. S-08-0018 EJG<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　February 22, 2008<br>Time:　10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Octavio Sanchez-Perez, through their respective attorneys, that the status conference presently scheduled for February 22, 2008 may be continued to March 7, 2008, at 10:00 a.m.

　　Counsel for the government is presently in trial. Defense counsel seeks additional time to complete and review a Pre-Plea Presentence Investigation Report, and to continue discussions with counsel for the government toward possible resolution of the case. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through March 7, 2008, pursuant to 18 U.S.C. §

1 | 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  February 20, 2008          /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for
                                   OCTAVIO SANCHEZ-PEREZ


                                   McGREGOR SCOTT
                                   United States Attorney

Dated:  February 20, 2008          /s/ T. Zindel for K. Reardon
                                   KYLE REARDON
                                   Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 7, 2008, at 10:00 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  February 20, 2008           /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    United States District Judge

Stip. in U.S.A. v. Sanchez-Perez        -2-